# Exhibit A

## VERT Solar Finance




## Clean Energy Nexus




## Clean Energy Nexus



Our Promise

We will elevate your property to improve the economics of your business with zero capital costs.

**$2 billion**
in sales transactions

**7,200MW**
of renewable energy financed

We'll implement your custom plan from start to finish

Review — Property reviewed and plan for improvements

Proposal — Revenue and energy savings proposal

Build — Install solar power system

Manage — Generate revenue with the Revenue Delivery Platform (RDP)

## VERT Solar Finance



Our Promise

We will elevate your property to improve the economics of your business with zero capital costs.

**$2 billion**
in sales transactions

**7,200MW**
of renewable energy financed

We'll implement your custom plan from start to finish



Review — Property reviewed and plan for improvements

Proposal — Revenue and energy savings proposal

Build — Install solar power system

Manage — Generate revenue with the Revenue Delivery Platform (RDP)

## VERT Solar Finance

Contact Us

The VERT Delivery Platform puts the power in your hands.

Oversee the installation and progress of your project every step of the way.

### Be the hero.

Make more money for yourself and your tenants like our partners below.

"VERT was a great partner. The team patiently navigated project development, focusing on the things that matter in order to get our projects completed."

## Clean Energy Nexus

Login / Sign Up    Contact Us

The Nexus Platform puts the power in your hands.

Oversee the installation and progress of your project every step of the way.

### Be the hero.

Make more money for yourself and your tenants like our partners below.

"Clean Energy Nexus was a great partner. The team patiently navigated project development, focusing on the things that matter in order to get our projects completed."

## Clean Energy Nexus

## VERT Solar Finance

