IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.  19-33347 |
| VERT SOLAR FINANCE, LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | Judge Jeffrey P. Norman |

_____

| | | |
|---|---|---|
| EVA S. ENGELHART, CHAPTER 7, | § | |
| TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Adversary No. 21-03442 |
| | § | |
| JOAQUIN ALTENBERG, | § | |
| CLEAN ENERGY NEXUS, LLC, | § | |
| CEN JUNCOS SOLAR, LLC, | § | |
| VERT INVESTMENT GROUP, LLC, | § | |
| and ALISON ALTENBERG, | § | |
| | § | |
| Defendants. | § | |

APPELLEES' DESIGNATION
OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Appellees Joaquin Altenberg, Clean Energy Nexus, LLC, VERT Investment Group, LLC, and Alison Altenberg, Defendants in this adversary proceeding, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designate the following items to be included in the record on appeal, in addition to those items already designated by the Appellant:

| Date Filed | Docket No. | Description |
|---|---|---|
| 6/11/2021 | 1 | Trustee's Original Complaint |
| 07/10/2021 | 7 | Defendants' Answer to Trustee's Original Complaint |
| 07/10/2021 | 8 | Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) |
| 07/12/2021 | 11 | Defendant CEN Juncos Solar, LLC's (I) Motion to Dismiss Trustee's Original Complaint Pursuant to Fed. R. Civ. P. 8, 9(B), and 12 (B)(6) and Incorporated Memorandum of Law and (II) Statement of Non-Consent Pursuant to Fed. R. Bankr. P. 7012(B) and Local Rule 7012-1 |

1

| 08/05/2021 | 32 | Order Granting Motion of Crain, Caton & James, P.C. to Withdraw as Counsel for Defendant CEN Juncos Solar, LLC |
|---|---|---|
| 08/10/2021 | 35 | Trustee's Response to Defendants' [Corrected] Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6) |
| 08/12/2021 | 36 | Order Granting Motion to Dismiss |
| 08/12/2021 | 37 | Order Granting Motion to Dismiss |
| | | |

Respectfully submitted,

By:   /s/ Michelle V. Friery_____

Michelle V. Friery
State Bar No. 24040934
Federal I.D. No. 36949
mfriery@craincaton.com
CRAIN, CATON & JAMES, P.C.
1401 McKinney Street, 17th Floor
Houston, Texas 77010-4035
Telephone (713) 752-8681
Facsimile (713) 658-1921
**ATTORNEYS FOR DEFENDANTS JOAQUIN
ALTENBERG, CLEAN ENERGY NEXUS, LLC,
VERT INVESTMENT GROUP, LLC, and ALISON
ALTENBERG**

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, a true and correct copy of the foregoing Appellees' Designation of Items to be Included in Record on Appeal has been forwarded by ECF electronic service to the attorneys for the Appellant/Plaintiff, the United States trustee and all parties requesting notice.

_____/s/Michelle V. Friery_____
Michelle V. Friery